No. 95–1880. PFS CORP. *v.* TURNER ET UX. Sup. Ct. Ala. Certiorari denied.

No. 95–1885. MONTAG, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MONTAG, DECEASED *v.* AMERICAN HONDA MOTOR CO., INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1886. FRAZIER *v.* KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–1887. HYDRANAUTICS *v.* FILMTEC CORP. C. A. Fed. Cir. Certiorari denied.

No. 95–1888. GIMBEL *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 2d Cir. Certiorari denied.

No. 95–1889. BECHTEL ENERGY CORP. *v.* REICH, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 95–1890. TURNER *v.* BROWN ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1891. ANDERSON *v.* JOHNSON, AKA DORTCH. Ct. App. Mich. Certiorari denied.

No. 95–1893. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 737, ET AL. *v.* AUTO GLASS EMPLOYEES FEDERAL CREDIT UNION ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–1895. ASAM *v.* DISCIPLINARY BOARD OF THE ALABAMA STATE BAR. Sup. Ct. Ala. Certiorari denied.

No. 95–1896. FULLY INFORMED JURY ASSN. ET AL. *v.* COUNTY OF SAN DIEGO ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1897. MACALUSO *v.* ANDERSON, DBA ANDERSON STUDIOS, ET AL. Ct. App. Ariz. Certiorari denied.